# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| | )    Misc. No. 08-mc-442 (TFH) |
| | ) |
| IN RE: | )    Civil Action Nos. |
| | ) |
| GUANTANAMO BAY | )    02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, |
| DETAINEE LITIGATION | )    04-cv-1254, 04-cv-1937, 04-cv-2022, 04-cv-2215, |
| | )    05-cv-0023, 05-cv-0247, 05-cv-0270, 05-cv-0280, |
| | )    05-cv-0329, 05-cv-0359, 05-cv-0392, 05-cv-0492, |
| | )    05-cv-0520, 05-cv-0526, 05-cv-0569, 05-cv-0634, |
| | )    05-cv-0748, 05-cv-0764, 05-cv-0877, 05-cv-0883, |
| | )    05-cv-0889, 05-cv-0892, 05-cv-0993, 05-cv-0994, |
| | )    05-cv-0999, 05-cv-1048, 05-cv-1124, 05-cv-1189, |
| | )    05-cv-1220, 05-cv-1244, 05-cv-1353, 05-cv-1429, |
| | )    05-cv-1457, 05-cv-1490, 05-cv-1497, 05-cv-1504, |
| | )    05-cv-1555, 05-cv-1592, 05-cv-1601, 05-cv-1607, |
| | )    05-cv-1623, 05-cv-1638, 05-cv-1645, 05-cv-1646, |
| | )    05-cv-1971, 05-cv-1983, 05-cv-2088, 05-cv-2104, |
| |    05-cv-2185, 05-cv-2186, 05-cv-2199, 05-cv-2249, |
| |    05-cv-2349, 05-cv-2367, 05-cv-2371, 05-cv-2379, |
| |    05-cv-2380, 05-cv-2384, 05-cv-2385, 05-cv-2386, |
| |    05-cv-2387, 05-cv-2479, 06-cv-1668, 06-cv-1684, |
| |    06-cv-1690, 06-cv-1761, 06-cv-1765, 06-cv-1766, |
| |    06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338, |
| |    08-cv-1101, 08-cv-1207, 08-cv-1224, 08-cv-1228, |
| |    08-cv-1233, 08-cv-1235, 08-cv-1237, 08-cv-1238, |
| |    08-cv-1360, 08-cv-1440, 08-cv-1789, 08-cv-1805, |
| |    08-cv-1828, 08-cv-1923, 08-cv-2019, 08-cv-2083, |
| |    09-cv-0031, 09-cv-0745, 09-cv-0873, 09-cv-0904, |
| |    09-cv-1332, 09-cv-1385, 09-cv-2368, 10-cv-0407 |

## NOTICE OF COMPLIANCE

Respondents, by and through undersigned counsel, hereby respectfully provide notice that on July 23, 2010 they completed the reprocessing of proposed public factual returns required by the Court's June 1, 2009 (08-mc-442, Dkt. No. 1781), January 14, 2010 (Dkt. No. 1896), and July 27, 2010 (Dkt. No. 1967) Orders (collectively, the "Public Returns Orders") for every case they determined to be covered by those orders. In each such case in which a petitioner is

currently represented by counsel, Respondents served the reprocessed return on petitioner's counsel on or before July 23, 2010. Respondents are continuing to meet and confer with Petitioners' counsel regarding the Government's specific proposed designations in individual cases, and will continue to file the proposed public returns under seal with the Merits Judges, as required by the Public Returns Orders, on a rolling basis as the meet and confer sessions are completed.

Dated: July 30, 2010                    Respectfully submitted,

                                        TONY WEST
                                        Assistant Attorney General

                                        JOSEPH H. HUNT
                                        Branch Director

                                        TERRY M. HENRY
                                        Assistant Branch Director


                                         /s Lisa Zeidner Marcus

                                        JAMES J. GILLIGAN
                                        Assistant Branch Director

                                        LISA ZEIDNER MARCUS
                                        Trial Attorney
                                        (NY Bar Registration No. 4461679)

                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue, N.W.
                                        Washington, DC 205301
                                        Phone: (202) 514-3336

                                        Attorneys for Respondents

2