IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMEDOU OULD SLAHI,  )<br>  )<br>Petitioner,  )<br>v.  )<br>  )<br>BARACK OBAMA, *et al.*,  )<br>  )<br>Respondents.  )<br>  ) | Civil Action No. 05-0569 (JR) |

**NOTICE OF FILING UNDER SEAL**

NOTICE is hereby given that Petitioner has filed a Supplemental Memorandum of Law Addressing the Temporal Scope of the Power to Detain under the 2001 Authorization for Use of Military Force.

Respectfully submitted,

/s/Nancy Hollander
FREEDMAN BOYD HOLLANDER
GOLDBERG IVES & DUNCAN P.A.
Nancy Hollander (D.C. Bar No. TX0061)
Theresa M. Duncan
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960
(505) 842-0761 (facsimile)
nh@fbdlaw.com
tmd@fbdlaw.com

Linda Moreno
LINDA MORENO, P.A.
P.O. Box 10985
Tampa, Fl 33679
Office: 813.247.4500
linbianca@aol.com

                Jonathan Hafetz
                Melissa Goodman
                Jonathan Manes
                American Civil Liberties Union Foundation
                125 Broad Street, 18th Floor
                New York, NY 10004
                Phone: (212) 284-7321
                (212) 549-2583 (facsimile)
                jhafetz@aclu.org

                Arthur B. Spitzer (D.C. Bar No. 235960)
                American Civil Liberties Union
                of the Nation's Capital
                1400 20th Street, N.W., Suite 119
                Washington, DC 20036
                (202) 457-0800
                (202) 452-1868 (facsimile)
                artspiter@aol.com

                Counsel for Petitioner/Plaintiff

Dated:   December 7, 2009