IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMEDOU OULD SALAHI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-569 (JR) |
| BARACK OBAMA, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## NOTICE OF FILING

NOTICE is hereby given that, in accordance with the Court's order of January 20, 2010, see Dkt. No. 307, Respondents have filed a classified, supplemental memorandum of law with the CSO.


Dated: January 21, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT (D.C. Bar. No. 431134)
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

 */s/ Joseph C. Folio III*
ANDREW I. WARDEN
RODNEY PATTON
JOSEPH C. FOLIO III
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel:    202.305.4968

Attorneys for Respondents