## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                             )
**MOHAMEDOU OULD SALAHI**           )
    **Petitioner/Plaintiff,**                      )
                                                             )
**v.**                                                      )    **Civil No. 1:05-0569 (JR)**
                                                             )
**BARACK OBAMA, et al.,**                     )
    **Respondents/Defendants.**            )
_____)

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

Petitioner Mohamedou Ould Salahi respectfully gives notice of the filing of his Reply to Respondents' Supplemental Memorandum Regarding the Temporal Scope of the Government's Detention Authority.  The Reply was filed with the Court Security Officer on February 2, 2010.  It will be filed on the public record through the ECF system when counsel have been notified that it contains no classified or protected information or, alternatively, when a version suitable for filing on the public record has been prepared.

Dated: February 2, 2010

Respectfully submitted,

/s/Theresa M. Duncan
FREEDMAN BOYD HOLLANDER
GOLDBERG IVES & DUNCAN P.A.
Nancy Hollander, (D.C. Bar No. TX0061)
Theresa M. Duncan
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960
(505) 842-0761 (facsimile)
nh@fbdlaw.com
tmd@fbdlaw.com

Linda Moreno
LINDA MORENO, P.A.
P.O. Box 10985
Tampa, Fl 33679
Office: 813.247.4500
Email: linbianca@aol.com

Jonathan Hafetz
Melissa Goodman
Jonathan Manes
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 284-7321
(212) 549-2583 (facsimile)
jhafetz@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, DC 20036
(202) 457-0800
(202) 452-1868 (facsimile)
artspiter@aol.com

Counsel for Petitioner/Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a copy of Petitioner Mohamedou Ould Salahi's Reply to Respondents' Supplemental Memorandum Regarding the Temporal Scope of the Government's Detention Authority was served through the Court Security Officer upon

Joseph C. Folio, III
Rodney Patton
U.S. Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530

by delivering it to the Court Security Officer at the secure facility on the 2d day of February, 2010.

                                            /s/Theresa M. Duncan
                                            Theresa M. Duncan
                                            Counsel for Petitioner/Plaintiff