UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Mohamedou Ould Salahi,                )
                                       )
          Petitioner,                )
                                       )
          v.                         )   Civil Action No. 05-CV-0569 (RCL)
                                       )
Barack Obama, President of             )
the United States of America, et al.   )
                                       )
          Respondents.               )

**[PROPOSED] ORDER AMENDING THE CASE SCHEDULE**

Based on the proposals by both parties for amending the case schedule set forth in Respondents' Status Report, filed on January 17, 2012, this Court orders that:

1. Respondents shall certify their compliance with Section 1.D.1 of the Case Management Order on or before March 2, 2012.

2. Petitioner shall file his supplemental discovery requests on or before June 4, 2012.

**AND IT IS SO ORDERED.**

January 27, 2012

_____
Royce C. Lamberth
United States District Judge