# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Mohamedou Ould Salahi, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-0569 (RCL) |
| | ) | |
| Barack Obama, President of | ) | |
| the United States of America, et al. | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

**FILED**

**NOV – 1 2012**

Clerk, U.S. District and
Bankruptcy Courts

## [PROPOSED] ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR EX PARTE SUPPLEMENT TO THEIR RESPONSE AND OPPOSITION TO PETITIONER'S DISCOVERY MOTION

For the reasons set forth in Respondents' Unopposed Motion for an Extension of Time to File an Ex Parte Supplement to their Opposition to Petitioner's Discovery Motion, this Court orders that the new deadline for Respondents to file that ex parte supplement is November 13, 2012.

**AND IT IS SO ORDERED.**

October 30, 2012

Royce C. Lamberth
United States District Judge