UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**
DEC 17 2012
Clerk, U.S. District and Bankruptcy Courts

MOHAMEDOU OULD SALAHI,

*Petitioner*,

v.

BARACK OBAMA, *et al.*,

*Respondents*.

Civil Action No. 05-CV-0569 (RCL)

## [~~PROPOSED~~] ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO MAKE AN EX PARTE FILING

Based on Respondents' Unopposed Motion for an Extension of Time to Make an Ex Parte Filing, this Court orders that the ex parte filing that Respondents, in their opposition to Petitioner's discovery motion, indicated they would file on December 13, 2012, is now due on December 19, 2012.

**AND IT IS SO ORDERED.**

Dec 14, 2012

Royce C. Lamberth
United States District Judge