IN THE UNITED STATES DISCTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMEDOU OULD SLAHI, | ) ) ) | |
| Petitioner, | ) | |
| v. | ) ) | Civil Action No. 05-0569 (JR) |
| BARACK OBAMA, *et al.*, | ) ) | |
| Respondents. | ) ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly withdraw the appearance of Zachary Katznelson as counsel on behalf of Petitioner Mohammedou Ould Slahi in the above-referenced action.

Please note that Linda Moreno of Linda Moreno P.A., Arthur B. Spitzer of the American Civil Liberties Union of the Nation's Capital, Hina Shamsi of the American Civil Liberties Union Foundation, Jonathan Hafetz, Nancy Hollander of Freedman Boyd Hollander Goldberg Urias & Ward, P.A., and Theresa M. Duncan of Duncan Earnest LLC, will continue to represent the Petitioner in the above-referenced action.

Respectfully submitted,

*/s/ Zachary Katznelson*
Zachary Katznelson
Equal Justice Initiative
122 Commerce Street
Montgomery, AL 36104
334-269-1803

Dated:   July 17, 2013                      zkatznelson@gmail.com