**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                              )
**MOHAMEDOU OULD SALAHI**     )
                              )
    Petitioner/Plaintiff,    )
                              )
v.                            )   **Civil Action No. 1:05-0569 (RCL)**
                              )
**BARACK OBAMA,** *et al.*,   )
                              )
    Respondents/Defendants. )
_____)

## [PROPOSED] ORDER

The Court has considered Petitioner Mohamedou Ould Slahi's Motion for an Order to Show Cause and the papers filed in support thereof.

Respondent the Secretary of Defense is hereby **ORDERED TO SHOW CAUSE** why the Court should not issue an order requiring the Department of Defense to (1) promptly provide Petitioner a required hearing before a Periodic Review Board; (2) cease interfering with Petitioner's access to this habeas Court; and (3) cease imposing arbitrary and severe restrictions on Petitioner's conditions of confinement. The Secretary of Defense shall file his response to Petitioner's Motion within ___ days of this Order.

**SO ORDERED** this ___ day of _____ 2015.

                                                                   _____
                                                                   ROYCE C. LAMBERTH
                                                                   Senior United States District Judge