# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI,<br><br>   *Petitioner*,<br><br>  v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>   *Respondents*. | Civil Action No. 1:05-cv-0569 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

  Please take notice that, pursuant to Local Civil Rule 83.6(b), Dror Ladin, counsel with the American Civil Liberties Union Foundation, respectfully withdraws as counsel in the above-captioned case for Petitioner Mohammedou Ould Slahi. Attorneys Hina Shamsi of the ACLU Foundation, Arthur Spitzer of the ACLU of the District of Columbia, Nancy Hollander of Freedman Boyd Hollander Goldberg Urias & Ward, P.A., Jonathan Hafetz, Theresa M. Duncan, and Linda Moreno will remain as counsel for the Petitioner and no parties will be prejudiced by this withdrawal.

Dated: July 8, 2022

/s/ Dror Ladin
Dror Ladin
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-2500
dladin@aclu.org